# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| 24 Hour Fitness USA, Inc. | ) | **JUDGMENT IN A CIVIL CASE** |
| | ) | |
| Plaintiff, | ) | CV 11-2420-PHX-ROS |
| | ) | |
| v. | ) | |
| | ) | |
| Lisa Gasteiger | ) | |
| | ) | |
| Defendant | ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed April 19, 2012, this case is hereby dismissed.

                                                                               BRIAN D. KARTH
                                                                               District Court Executive/Clerk

April 19, 2012

                                                                               s/Tammy Johnson
                                                                               By: Deputy Clerk

cc: (all counsel)